IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                                                               CASE NO: 23-02215
Mi Ranchito, Inc.,                                                CHAPTER: 7
      Debtor(s).                                                JUDGE: Randal S Mashburn

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      Pursuant to bankruptcy rule 2002, please take notice that the undersigned is appearing for the following party in the above bankruptcy case: **H.K. a minor, by next friend and mother, Shanna Kohr, and Shanna Kohr, individually.**

      H.K. a minor, by next friend and mother, Shanna Kohr, and Shanna Kohr, individually are creditors and are parties in interest in this case. Pursuant to Federal Bankruptcy Rule 2002, the undersigned, on behalf of said creditor, hereby requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

      Dated this 18th day of July 2023.

                                                                         Respectfully submitted,

                                                                       /s/ Timothy A. Davis
                                                                       **TIMOTHY A. DAVIS, B.P.R. # 20048**
                                                                       Attorney for **H.K. a minor, by next friend and mother, Shanna Kohr, and Shanna Kohr, individually**
                                                                       115 East Main Street
                                                                       Lebanon, Tennessee 37087
                                                                       (615) 444-7272
                                                                       timadavis@mindspring.com

## CERTIFICATE OF SERVICE

      I, Timothy A Davis, hereby certify that a true and exact copy of the foregoing instrument has been delivered through Electronic Case Filing to, **Eric Kendall Fox, Debtor's Attorney**, 103 Hazel Path Ct., Suite 6, Hendersonville, TN 37075; **Chapter 13, Trustee, Henry E. Hildebrand, III**, PO Box 340019, Nashville, TN 37203-0019 and to the **Assistant U. S. Trustee**, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3946; all on this the 18th day of July 2023.

                                                                       /s/ Timothy A. Davis
                                                                       TIMOTHY A. DAVIS